IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HERBERT HARRIS,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:11-cv-3141-O |
| **HSBC BANK,** | § § § | |
| Defendant. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings and Conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**SO ORDERED** on this **17th day** of **January, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**